Judge John C. Coughenour

FILED ENTERED
LODGED RECEIVED

AUG 13 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARNIK KARAPETYAN,<br><br>Defendant. | NO. CR10-0028 JCC<br><br>GOVERNMENT'S MOTION AND ORDER TO DISMISS INDICTMENT AND QUASH ARREST WARRANT |

Comes now the United States of America, by and through its undersigned attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and moves this honorable court for a dismissal of the Indictment in the aforesaid case without prejudice, and to quash the arrest warrant.

DATED this 13th day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Matthew D. Diggs*
MATTHEW D. DIGGS
Assistant United States Attorney

Government's Motion to Dismiss Indictment/ - 1
GARNIK KARAPETYAN, CR10-0028 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

Leave of the Court is GRANTED for the filing of the foregoing dismissal of Indictment and to quash the arrest warrant.

DATED this 15 day of August, 2019.

JOHN C. COUGEHOUR
United States District Judge

Government's Motion to Dismiss Indictment/ - 2
GARNIK KARAPETYAN, CR10-0028 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970